UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Yasir Mehmood,

    Petitioner

v.

U.S. Attorney General, et al.,

    Respondents

Case No.: 2:18-cv-00531-JAD-NJK

**Order Dismissing Petition and Closing Case**

[ECF Nos. 1, 1-1, 3]

    Pro se petitioner Yasir Mehmood petitions for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his continued detention by United States Immigration and Customs Enforcement (ICE) with no bond hearing.[1] He also applies to proceed *in forma pauperis*.[2]

    When an alien is held in custody under 8 U.S.C. § 1226(a), he is entitled to a bond hearing before an Immigration Judge (IJ) while his petition for review of the removal order is pending.[3] If he is dissatisfied with the IJ's bond determination, he may file an administrative appeal so that "the necessity of detention can be reviewed by . . . the [Board of Immigration Appeals]" (BIA).[4] If he remains dissatisfied, he may file a petition for habeas corpus in the district court.[5]

    Mehmood alleges that on February 22, 2018, the BIA remanded his case to the IJ to reconsider his bond request.[6] Mehmood therefore alleges that he has not yet exhausted his administrative remedies. Accordingly, IT IS HEREBY ORDERED that Mehmood's application to proceed *in forma pauperis* **[ECF No. 1] is DENIED as moot**.

---

[1] ECF No. 1-1.

[2] ECF No. 1.

[3] *See Casa-Castrillon v. Dep't of Homeland Sec.*, 535 F.3d 942, 951 (9th Cir. 2008).

[4] *Prieto-Romero v. Clark*, 534 F.3d 1053, 1059 (9th Cir. 2008).

[5] *See Singh v. Holder*, 638 F.3d 1196, 1200–03 (9th Cir. 2011).

[6] ECF No. 1-1 at 3.

The **Clerk of Court** is directed to **DETACH and FILE** the petition [ECF No. 1-1].

IT IS FURTHER ORDERED that the petition is **DISMISSED** without prejudice to Mehmood's ability to file a new, separate petition, and a fully complete application to proceed *in forma pauperis*—including the required financial statements—after he has exhausted his administrative remedies.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

IT IS FURTHER ORDERED that Mehmood's motion to clarify indigency request **[ECF No. 3] is DENIED as moot.**

The **Clerk of Court** is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE**.

Dated: April 13, 2018

_____
U.S. District Judge Jennifer A. Dorsey