# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

YASIR MEHMOOD,

    Petitioner

v.

US ATTORNEY GENERAL, et al.,

    Respondents

Case No.: 2:18-cv-00531-JAD-NJK

**ORDER**

[ECF Nos. 8, 9]

On April 13, 2018, the court dismissed this 28 U.S.C. § 2241 habeas corpus petition as unexhausted, and judgment was entered.[1] Petitioner Yasir Mehmood now moves for reconsideration, asking the court to waive the exhaustion requirement "on humanitarian grounds."[2] After this habeas proceeding was closed, Mehmood filed another § 2241 habeas petition in this court, in which he makes the same—and additional—claims.[3] That case was transferred to the proper venue of the Southern District of Florida. I therefore deny the motion for reconsideration in this case as moot and duplicative.

**IT IS THEREFORE ORDERED** that petitioner's motion for reconsideration of this court's order dismissing the petition **(ECF No. 8) is DENIED**; and

---

[1] ECF Nos. 4, 6.
[2] ECF No. 8.
[3] 2:18-cv-02429-RFB-CWH.

**IT IS FURTHER ORDERED** that petitioner's application for leave to proceed in forma pauperis **(ECF No. 9) is DENIED** as moot.

Dated: February 7, 2019

_____
U.S. District Judge Jennifer A. Dorsey